

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00311-CV

Margaret Fay **GUIDRY**,
Appellant

v.

Edward James **GUIDRY**, Jr.,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2018-05589
Honorable James L. Rex, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the May 19, 2020 amended final decree of divorce signed is AFFIRMED.

We do not tax costs against appellant Margaret Fay Guidry because she qualifies as indigent under Texas Rule of Appellate Procedure 20.1.

SIGNED July 20, 2022.

_____
Beth Watkins, Justice